UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBIN LAMONT STONE,

    Petitioner,

v                                                               Case No. 1:06-cv-595

CINDI CURTIN,                                       Hon. Wendell A. Miles

    Respondent.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 3rd day of November, 2006.

                                                                 /s/ Wendell A. Miles
                                                                  Wendell A. Miles
                                                                  Senior U.S. District Judge